```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSE I. COLON                   :    CIVIL ACTION
                                :
     v.                         :
                                :
THE UNITED STATES OF AMERICA    :
et al.                          :    NO. 14-7271
```

ORDER

AND NOW, this 8th day of April, 2015, upon consideration of the defendant the United States of America's motion to transfer venue (Docket No. 5), and the plaintiff's opposition thereto, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.  The Clerk of Court is directed to TRANSFER this matter to the United States District Court for the District of Puerto Rico.


                                BY THE COURT:


                                /s/Mary A. McLaughlin
                                MARY A. McLAUGHLIN, J.